1  MARY KATE SULLIVAN (State Bar No. 180203)
2  DIANE P. CRAGG (State Bar No. 221121)
   dpc@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
7  Attorneys for Defendants
   NATIONSTAR MORTGAGE LLC and
8  MORTGAGE ELECTRONIC REGISTRATION
   SYSTEMS, INC.
9

10                UNITED STATES DISTRICT COURT
11            FOR THE EASTERN DISTRICT OF CALIFORNIA
12

| JASON DAVIS, et al. | Case No. 2:16-CV-02599-KJM-CKD |
|---|---|
| Plaintiffs, | (Filed concurrently with Defendants' Request for Telephonic Appearance) |
| v. | |
| NATIONSTAR MORTGAGE, LLC, et al., | **ORDER GRANTING DEFENDANTS NATIONSTAR MORTGAGE LLC AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON MOTION TO DISMISS PLAINTIFFS' COMPLAINT** |
| Defendants. | |
| | Date: December 7, 2016<br>Time: 10:00 a.m.<br>Crtrm.: 24 - 8th Floor<br>The Hon. Carolyn K. Delaney |
| | Action Filed: September 13, 2016<br>Removed: October 31, 2016 |

1

Having reviewed Defendants NATIONSTAR MORTGAGE LLC and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (collectively, "Defendants") request to allow their counsel to appear by telephone at the hearing on the Motion to Dismiss currently set for December 7, 2016, at 10:00 a.m, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants' request to appear telephonically at the December 7, 2016 hearing on the Motion to Dismiss is granted.

Dated:  December 1, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE