UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DAVIS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC, et al.,<br><br>Defendants. | Case No. 2:16-CV-02599-KJM-CKD<br><br>Hon. Magistrate Judge Carolyn K. Delaney<br><br>**ORDER GRANTING DEFENDANT OCWEN LOAN SERVICING, LLC'S REQUEST TO APPEAR BY TELEPHONE**<br><br>**Hearing:**<br>Date: December 7, 2016<br>Time: 10:00 a.m.<br>Crtm: 24<br><br>Action Filed: September 13, 2016<br>Trial Date: N/A |

*Defendant* Ocwen Loan Servicing, LLC ("Defendant") has submitted a Request to Appear by Telephone at the hearing on their Motion for Judgment on The Pleadings and Nationstar Mortgage, LLC, Mortgage Electronic Registration Systems, Inc., and Barrett Daffin Frappier Treder & Weiss, LLP's Motion to Dismiss Plaintiffs' Complaint (the "Request"), scheduled for December 7, 2016, at 10:00 a.m., before the Honorable Magistrate Judge Carolyn K. Delaney. After having considered the Request, and GOOD CAUSE APPEARING THEREFOR,

**IT IS ORDERED** that the Request is **GRANTED**.

/////

1

1    **IT IS SO ORDERED.**

2

3    **Dated:  December 1, 2016**

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE