UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DAVIS, et al., | No. 2:16-cv-2599 KJM CKD PS |
| Plaintiffs, | |
| v. | ORDER |
| NATIONSTAR MORTGAGE, LLC, et al., | |
| Defendants. | |

On June 22, 2017, defendant, Ocwen Loan Servicing, LLC filed a motion to dismiss the first amended complaint. (ECF No. 34.) On June 26, 2017, defendants, Nationstar Mortgage, LLC and Mortgage Electronic Registration Systems, Inc. also filed a motion to dismiss the first amended complaint. (EFC No. 36.) Both motions were set for hearing before the undersigned on July 26, 2017 at 10:00 am. Pursuant to the local rules of court, plaintiffs were required to provide written opposition no later than July 12, 2017. L.R. 230(c) ("Opposition, if any, to the granting of the motion shall be in writing and shall be filed and served not less than fourteen (14) days preceding the noticed (or continued) hearing date."). Plaintiffs have not provided any opposition or notice of non-opposition.

Accordingly, it is HEREBY ORDERED that:

1. The motion hearing set for July 26, 2017 at 10:00 am is VACATED and RESET for August 16, 2017 at 10:00 am.

1

2. On or before August 2, 2017, plaintiffs shall file their opposition or notice of non-opposition to defendants' motions to dismiss the first amended complaint. Failure to comply may result in dismissal of this case.

Dated: July 19, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE