UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DAVIS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC, et al.,<br><br>Defendants. | No. 2:16-cv-2599 KJM CKD PS<br><br><br><br>ORDER |

Presently pending before the court are defendants' motions to dismiss plaintiffs' first amended complaint (ECF Nos. 34, 36), which came on regularly for hearing on August 16, 2017. Present at the hearing were plaintiffs Jason and Joann Davis, representing themselves; appearing telephonically were Diane P. Cragg, representing defendants Nationstar Mortgage, LLC and Mortgage Electronic Registration Systems, Inc.; Mike Aleali, representing Ocwen Loan Servicing, LLC; and James T. Lee, representing Barrett Daffin Frappier Treder & Weiss, LLP.

During the hearing plaintiffs once again maintained that they have evidence that defendants failed to credit their account for mortgage payments they made.

The undersigned took the motions to dismiss under submission, but ordered the parties to confer regarding the alleged mortgage payments, and report back to the court.

////

////

Accordingly, it is HEREBY ORDERED that:

1. Defense counsel Diane P. Cragg and Mike Aleali shall confer with plaintiffs telephonically regarding the alleged mortgage payments that plaintiffs maintain were not credited to their account.
2. Within seven (7) days of this order, defendants Nationstar Mortgage, LLC, Mortgage Electronic Registration Systems, Inc., and Ocwen Loan Servicing, LLC shall brief the court regarding the conference with plaintiffs and whether anything alleged or discussed affects the pending motions to dismiss.
3. After the submission of defendants' brief, plaintiffs shall have seven (7) days to respond.
4. The matter shall thereafter stand submitted.

Dated: August 16, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

14/16-2599.davis v. nationstar.order re confer